UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

CASE NO.: 6:12-cv-820-Orl-DAB

v.

SUNTRUST BANK and ACS
EDUCATION SERVICES, INC.

    Defendants.
_____/

## DEFENDANTS, SUNTRUST BANK'S AND ACS EDUCATION SERVICES, INC.'S, NOTICE OF PENDING SETTLEMENT

Defendants, ACS Education Services, Inc., by and through their undersigned counsel, hereby submit this Notice of Pending Settlement and state that Plaintiff, Larry Rumbough, SunTrust Bank and ACS Education Services, Inc. have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

*[signature]*
Karen J. Cullen, Esquire
Florida Bar Number: 0106534
Meredith Barrios, Esquire
Florida Bar Number: 58189
Broussard & Cullen, P.A.
445 West Colonial Drive
Orlando, Florida 32804
Telephone (407) 649-8717
Facsimile: (407) 649-8680
Attorney for Defendant, ACS Education Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via email transmission and by U.S. Mail, postage prepaid, this 12th day of September, 2012 to: Larry Rumbough, 840 Lilac Trace Lane, Orlando, Florida 32828, *Pro Se*, and filed with the Clerk of the Court using the CM/ECF System which will send a Notice of Electronic Filing to counsel of record.

*[signature]*
Karen J. Cullen, Esquire
Florida Bar Number: 0106534
Meredith Barrios, Esquire
Florida Bar Number: 58189
Broussard & Cullen, P.A.
445 West Colonial Drive
Orlando, Florida 32804
Telephone (407) 649-8717
Facsimile: (407) 649-8680
Attorney for the Defendant, ACS Education Services, Inc.