# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LARRY RUMBOUGH,**

                **Plaintiff,**

**-vs-**                                                **Case No. 6:12-cv-820-Orl-DAB**

**SUNTRUST BANK, ACS EDUCATION SERVICES, INC.,**

                **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION TO DISMISS (Doc. No. 17)
>
> **FILED:**      August 22, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as **moot**, as the parties have settled the case (Doc. 18). The parties shall have fourteen days from the date of this Order to submit dismissal papers.

**DONE** and **ORDERED** in Orlando, Florida on September 12, 2012.

                                              *David A. Baker*
                                        DAVID A. BAKER
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties