UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RECEIVED
2012 OCT -1  PM 4:00
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH,

    Plaintiff,

                                    Case No. 6:12-cv-820-Orl-22DAB

-v-

SUNTRUST BANK; ACS EDUCATION
SERVICES, INC.,

    Defendants.

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE AS TO SUNTRUST BANK

Plaintiff, Larry Rumbough, respectfully informs the Court that the matter between Plaintiff and Defendant SunTrust has been settled. Plaintiff has signed a Release and has received the settlement check from SunTrust. Accordingly, pursuant to the Release, Plaintiff dismisses with prejudice SunTrust from this action.

Dated: October 1, 2012

Respectfully submitted,

*/s/ Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 1st day of October, 2012 by U.S. Mail delivery to:

Joseph E. Foster
Akerman Senterfitt
P.O. Box 231
420 S. Orange Avenue, Suite 1200
Orlando, FL 32802

Karen Cullen
Broussard & Cullen P.A.
445 W. Colonial Drive
Orlando, FL 32804

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859