UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2012 OCT -4  AM 11: 37
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH,

    Plaintiff,

-v-

Case No. 6:12-cv-820-Orl-22DAB

SUNTRUST BANK; ACS EDUCATION
SERVICES, INC.,

    Defendants.

### PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ACS EDUCATION SERVICES, INC.

Plaintiff, Larry Rumbough, respectfully informs the Court that the matter between Plaintiff and Defendant ACS has been settled. Plaintiff has signed a Release and has received the settlement check from ACS. Accordingly, pursuant to the Release, Plaintiff dismisses with prejudice ACS from this action.

Dated: October 4, 2012

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 4th day of October, 2012 by U.S. Mail delivery to:

Joseph E. Foster
Akerman Senterfitt
P.O. Box 231
420 S. Orange Avenue, Suite 1200
Orlando, FL 32802

Karen Cullen
Broussard & Cullen P.A.
445 W. Colonial Drive
Orlando, FL 32804

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859